HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, CA Bar #308269
ASSISTANT FEDERAL DEFENDER
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
JUSTIN L. GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00136-SAB |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; ORDER |
| vs. | |
| JUSTIN L. GARCIA, | |
| Defendant. | Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Justin L. Garcia, that this case shall be resolved by payment of a fixed-sum in lieu of Justin L. Garcia's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Justin L. Garcia agrees to pay a $300 fine and a $30 processing fee, for a total of $330 on or before January 4, 2018. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the status conference currently scheduled for January 4, 2018 will be vacated and this case will close. Upon receipt of payment, Citation No. 6044480 will close and the Government will move to dismiss Citation No. 6044478 in the interest of justice.

///

///

Respectfully submitted,

                                Phillip Talbert
                                United States Attorney


Date: October 20, 2017          */s/ Darin Rock*
                                DARIN ROCK
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: October 20, 2017          */s/ Andrew Wong*
                                ANDREW WONG
                                Assistant Federal Defender
                                Attorney for Defendant
                                JUSTIN L. GARCIA




                           **O R D E R**

IT IS SO ORDERED.

Dated:  **October 20, 2017**  _____
                              UNITED STATES MAGISTRATE JUDGE