| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | DARIN ROCK |
|   | Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00136-SAB |
|---|---|
| Plaintiff, | Citation #6044478 CA/74 |
| v. | MOTION AND ORDER FOR DISMISSAL AS TO CITATION #6044478 ONLY |
| JUSTIN L. GARCIA, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss as to Citation #6044478 only against JUSTIN L. GARCIA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 27, 2017            Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                    By:   /s/ Darin Rock
                                                DARIN ROCK
                                                Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that as to Citation #6044478 only against JUSTIN L. GARCIA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 28, 2017**

UNITED STATES MAGISTRATE JUDGE