1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   JUSTIN L. GARCIA
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Case No. 1:17-po-00136-SAB
                                )
12 |         *Plaintiff*,        ) STIPULATION TO VACATE JANUARY 4,
                                ) 2018 HEARING AND CLOSE PAID
13 | vs.                         ) CITATION; ORDER
                                )
14 | JUSTIN L. GARCIA,           ) Hon. Stanley A. Boone
                                )
15                              )
                                )
16 |         *Defendant*.        )

17    **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and

19 Assistant Federal Defender Andrew Wong, counsel for defendant Justin Garcia, that the Court

20 vacate the January 4, 2018 status conference and close this case.

21    Justin Garcia has paid Citation No. 6044480 in full. Based on this information, all parties

22 request this matter be closed upon the Government's dismissal of Citation No. 6044478.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: December 27, 2017        */s/ Darin Rock*
                               DARIN ROCK
                               Special Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: December 27, 2017        */s/ Andrew Wong*
                               ANDREW WONG
                               Assistant Federal Defender
                               Attorney for Defendant
                               JUSTIN L. GARCIA

## **O R D E R**

**IT IS SO ORDERED.** The January 4, 2018 status conference is vacated and Defendant's case is ordered closed.


IT IS SO ORDERED.

Dated:  **December 28, 2017**

UNITED STATES MAGISTRATE JUDGE